UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LINEEAR HAYS,<br>　　　　　Petitioner,<br>　v.<br>RANDY L. TEWS, Warden,<br>　　　　　Respondent. | NO. CV 14-5081-DMG (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is summarily dismissed without prejudice for lack of subject matter jurisdiction.

DATED: September 28, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　United States District Judge